**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY L. SMILER, JR., <br> Petitioner, <br> v. <br> SHAWN HATTON, Warden, <br> Respondent. | CASE NO. 5:17-CV-01480-MWF (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Denying Request for Stay and Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed without prejudice.


DATED: September 21, 2017

HON. STEVE KIM
U.S. MAGISTRATE JUDGE