# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. SMILER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SHAWN HATTON, Warden,<br><br>　　　　　　Respondent. | Case No. 5:17-cv-1480-MWF (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition for Untimeliness, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: July 23, 2018

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE